| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>October 17, 2024<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>ANJOLINA LEDDY,<br><br>       Defendant. | Case No.  2:24-mj-00124-SCR<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANJOLINA LEDDY ,

Case No.  2:24-mj-00124-SCR , Charge 21 U.S.C. § 841(a)(1), from custody for the following reasons:

      ____ Release on Personal Recognizance

      ____ Bail Posted in the Sum of $ _____

      _x_ Unsecured Appearance Bond $  25,000.00

      ____ Appearance Bond with 10% Deposit

      ____ Appearance Bond with Surety

      ____ Corporate Surety Bail Bond

      _x_ (Other):  Release delayed until 10/18/2024 at 9:00 AM with terms as stated on the record, and thereafter, the defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Issued at Sacramento, California on October 17, 2024, at      3:10      PM

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE